UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE NATIONAL INSURANCE COMPANY,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　-v-<br><br>ACCIDENT FUND INSURANCE COMPANY OF AMERICA,<br>　　　　　　　　　　Defendant. | 24-CV-2366 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

　　Plaintiff filed a complaint on March 28, 2024. (ECF No. 1.) Defendant was served on April 5, 2024, and a response to the complaint was due by April 26, 2024. (ECF No. 9.) Defendant has not entered an appearance, however, and no response to the complaint has been filed. Plaintiff has not moved for a default judgment.

　　Plaintiff is directed to notify the Court whether it intends to move for default judgment, or if it has received any communication from Defendant or Defendant's counsel regarding a response to the complaint.

　　If Plaintiff fails by June 7, 2024 to either (1) file a letter concerning the status of the case, or (2) move for default judgment against Defendant, the action may be dismissed for failure to prosecute.

　　Plaintiff is directed to serve a copy of this order by mail on Defendant.

　　SO ORDERED.

Dated: May 17, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　J. PAUL OETKEN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge